UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JENNIFER KOBEL,
ON BEHALF OF HERSELF AND
ALL OTHERS SIMILARLY SITUATED,

        Plaintiff,

v.

    Case No. 18-cv-1656

CENTRAL CREDIT SERVICES, LLC,

        Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Central Credit Services, LLC, hereby removes the above captioned civil action from the Supreme Court of Suffolk County, New York, to the United States District Court for the Eastern District of New York. The removal of this civil action is proper because:

1. On October 19, 2017, plaintiff, Jennifer Kobel, commenced a civil action by filing a Summons with Notice in the Supreme Court of the State of New York, County of Suffolk, entitled and captioned as *Jennifer Kobel, on behalf of herself and others similarly situated v. Central Credit Services, LLC,* Index No. 620376/2017 (hereinafter the "State Court Action"). No further proceedings before the State Court have occurred.

2. In plaintiff's Summons with Notice, plaintiff alleges statutory causes of action against defendant. A true and correct copy of plaintiff's Summons with Notice is attached hereto as Exhibit A.

3. Specifically, plaintiff accuses defendant of violating the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*.

4. Defendant Central Credit Services, LLC received plaintiff's Summons with Notice on or about February 14, 2018.

5. This Court has jurisdiction over plaintiff's claims pursuant to 28 U.S.C. §§ 1331 and 1441 in that the claims are founded on a claim or right arising under the laws of the United States.

6. This Notice of Removal is timely, having been filed within thirty (30) days of the date defendant Central Credit Services, LLC received plaintiff's Summons with Notice. *See* 28 U.S.C. § 1446.

7. Written notice of this Notice of Removal of this action is being immediately provided to the Supreme Court of the State of New York, County of Suffolk. *See* <u>Exhibit B</u>, attached hereto.

8. Written notice of this Notice of Removal of this action is being caused to be served on the plaintiff.

WHEREFORE, defendant, Central Credit Services, LLC, gives notice that this action is removed from the Supreme Court of the State of New York, County of Suffolk, to the United States District Court for the Eastern District of New York.

Dated:  March 16, 2018                                Respectfully Submitted,

                                                      /s/ Aaron R. Easley
                                                      Aaron R. Easley, Esq. (ae9922)
                                                      SESSIONS FISHMAN NATHAN & ISRAEL
                                                      3 Cross Creek Drive
                                                      Flemington, New Jersey 08822-4938

        Telephone: (908) 237-1660
        Facsimile: (908) 237-1663
        E-Mail:  aeasley@sessions.legal

*Attorney for Defendant,*
*Central Credit Services, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of March, 2018, a copy of the foregoing **Notice of Removal** was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of New York and served upon the following via U.S. Mail:

Mitchell L. Pashkin, Esq.
775 Park Avenue, Suite 255
Huntington, NY 11743
Telephone: (631) 335-1107
Facsimile: (631) 824-9328
E-mail: mpash@verizon.net
*Attorney for Plaintiff*

        /s/ Aaron R. Easley
        Aaron R. Easley, Esq.