**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JENNIFER KOBEL, on behalf of herself and
all others similarly situated,

                Plaintiff,

    - against -
                        **JUDGMENT**
                        CV 18-1656 (JMA) (SIL)

CENTRAL CREDIT SERVICES, LLC,

                Defendant.
-----------------------------------------------------------X

        An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on August 29, 2018, granting defendants' motions to dismiss this action, and directing the Clerk of Court to close this case it is

        **ORDERED AND ADJUDGED** that plaintiff Jennifer Kobel take nothing of defendant Central Credit Services, LLC; that defendants' motions to dismiss are granted; and that this case is hereby closed.

Dated: Central Islip, New York
       August 31, 2018

                                                        DOUGLAS C. PALMER
                                                        CLERK OF THE COURT

                                       BY:    /S/ JAMES J. TORITTO
                                                          DEPUTY CLERK